UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
SHUSEN WEI                                                   :
                                                             :
                              Petitioner,                    :
                                                             :     MEMORANDUM & ORDER
         -against-                                           :
                                                             :     13-cv-670 (ENV)
JOHN DOE OR MARY ROE, The Superintendent                     :
MDC Brooklyn; ERIC HOLDER, U.S. Attorney                     :
General; JANET NAPOLITANO, U.S. Secretary of                 :
Homeland Security and JOHN DOES AND MARY                     :
ROES, Field Officers of Law Enforcement,                     :
                                                             :
                              Respondents.                   :
------------------------------------------------------------ :
                                                             x

**VITALIANO, D.J.**

Petitioner Shusen Wei seeks reconsideration of the Court's February 5, 2013 Order denying his petition for a writ of habeas corpus on an expedited hearing. Wei is currently a defendant in criminal proceedings in the U.S. District Court for the Southern District of Florida, Case No. 13-MJ-02150 (CMM). Petitioner's request for reconsideration is denied. The Clerk of Court is ordered to maintain this case on the closed docket.

**SO ORDERED.**

Dated: Brooklyn, New York
       February 7, 2013

s/ ENV

_____

ERIC N. VITALIANO
United States District Judge